UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| STANFORD ALLEN LEWIS, JR., | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case No. CV-13-138-M-DWM-JCL |

vs.

EXTRADITION TRANSPORT OF
AMERICA,
       Defendant.

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of Stanford Allen Lewis, Jr. and against Extradition Transport of America in the amount of $75,000.00.

    Dated this 5th day of February, 2014.

                              TYLER P. GILMAN, CLERK

                              By: /s/ T. Gesh
                              T. Gesh, Deputy Clerk